Darrel R. Jarvis (OSB #955013)
djarvis@medfordlaw.net
**JARVIS, DREYER, GLATTE,**
**LARSEN & BUNICK, LLP**
823 Alder Creek Drive
Medford, Oregon 97504
Telephone: (541) 772-1977
Facsimile: (541) 772-3443

Timothy D. Nichols (Admitted *pro hac vice*)
tnichols@wnlaw.com
Brian N. Platt (Admitted *pro hac vice*)
bplatt@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Darex, LLC, dba Work Sharp*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| DAREX, LLC, dba WORK SHARP,<br><br>Plaintiff,<br><br>v.<br><br>MELITAWILLSTORE,<br><br>Defendant. | Case No. 1:22-cv-00651-MC<br><br>**PERMANENT INJUNCTION**<br><br>Judge Michael J. McShane |

1

THIS MATTER COMES before the Court on a Proposed Permanent Injunction submitted by Plaintiff Darex, LLC, dba Work Sharp ("Work Sharp" or "Plaintiff") pursuant to this Court's Order Granting Plaintiff's Motion for Default Judgment.  ECF No. 21.  Having reviewed the Proposed Permanent Injunction submitted by Plaintiff and being otherwise duly and fully advised in the premises thereof, the Court hereby ORDERS and ADJUDGES as follows:

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. Plaintiff Work Sharp is a limited liability company organized and existing under the laws of the State of Oregon with a principal place of business at 210 E Hersey St, Ashland, OR 97520.

2. Defendant Melitawillstore ("Defendant") is an unknown business entity with a place of business at 344 5th St., Hollister, CA 95023, and doing business through its website at the URL www.melitawillstore.com.

3. The Court has subject matter jurisdiction over the dispute that is the subject of this Permanent Injunction.

4. The Court has personal jurisdiction over the Defendant.

5. Venue is proper in this Court.

6. Work Sharp obtained U.S. copyright registration (Registration Number: VA 2-224-872 (the "'872 Copyright") for the product image shown below.  Work Sharp is the owner of the '872 Copyright.



7.      Work Sharp obtained U.S. copyright registration (Registration Number: VA 2-257-036 (the "'036 Copyright") for the product image shown below.  Work Sharp is the owner of the '036 Copyright.



8.      Work Sharp obtained U.S. copyright registration (Registration Number: VAu 1-421-266 (the "'266 Copyright") for the product images shown below.  Work Sharp is the owner of the '266 Copyright.

3



9. Defendant made and used unauthorized reproductions of Work Sharp's original works, which are the subject of the '872 Copyright, the '036 Copyright, and the '266 Copyright (collectively, the "Work Sharp Copyrights") as shown below:



4



**FINDINGS ON PERMANENT INJUNCTION**

10. Work Sharp has prevailed on the merits of its claims for copyright infringement.

11. Work Sharp has suffered and will continue to suffer irreparable harm by reason of the Defendant's continued infringement of the Work Sharp Copyrights.

12. The balance of hardships and public policy favor the issuance of a permanent injunction in favor of Work Sharp. A permanent injunction will not adversely affect the public interest.

## PERMANENT INJUNCTION

13. Defendant, its officers, agents, servants, employees, and all persons acting in active concert or participation with it who receives actual notice of this injunction by personal service or otherwise, are hereby permanently enjoined as follows: The Defendant is enjoined from producing, reproducing, distributing, copying, or using any graphic or pictorial representation protected by any copyright owned by Work Sharp or any substantially similar variation thereof in connection with any product, packaging, product listing, or any other product sale.

14. The Court shall maintain jurisdiction over this action for purposes of enforcement of this Permanent Injunction.

IT IS SO ORDERED.

DATED this __9th__ day of __February__ 2023.

      __s/Michael J. McShane_____
      Michael J. McShane
      United States District Judge